```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA,       :
                                :
        PLAINTIFF,               :
                                :
    v.                           :    CIVIL ACTION NO.
                                :       2:04cv1108-T
                                :          (WO)
SEVENTEEN THOUSAND FOUR          :
HUNDRED TWELVE DOLLARS           :
($17,412.00) IN UNITED           :
STATES CURRENCY,                 :
                                :
        DEFENDANT.               :

## FINAL DECREE OF FORFEITURE

On November 16, 2004, a Verified Complaint for Forfeiture In Rem against the Defendant Seventeen Thousand Four Hundred Twelve Dollars ($17,412.00) in United States Currency (hereinafter, "Defendant currency") was filed on behalf of the United States of America (hereinafter, "United States"). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substance, or was used or intended to be used to facilitate the commission of a violation of Title II of the

Controlled Substances Act, 21 U.S.C. § 801 et seq.; and, therefore, it is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on November 30, 2004;

That on December 3, 2004, Jerome Johnson was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture In Rem, the Warrant of Arrest In Rem, and Notice of Arrest and Seizure;

That on December 3, 2004, Christine Brown was personally served by the United States Marshals Service a copy of the Verified Complaint for Forfeiture In Rem, the Warrant of Arrest In Rem, and Notice of Arrest and Seizure;

That on December 6, 2004, Thomas J. Azar, Jr. (attorney for Christine Brown) was personally served by the United

States Marshals Service a copy of the Verified Complaint for Forfeiture **In Rem**, the Warrant of Arrest **In Rem**, and Notice of Arrest and Seizure;

That on December 13, 20 and 27, notice of this action was published in the **Montgomery Advertiser** newspaper;

That on January 2, 2005, Christine Brown filed a Claim and Answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

That on February 7, 2005, the United States filed a Motion for Default Judgment as to Jerome Johnson;

That on February 9, 2005, Entry of Default was granted against Jerome Johnson;

That on September 12, 2005, the United States and Claimant Christine Brown entered into a Stipulation for Compromise Settlement whereby Eight Thousand Four Hundred Twelve Dollars ($8,412.00) of the Defendant currency will be forfeited to the United States to be disposed of according to law; that Nine Thousand Dollars ($9,000.00) of the

**Defendant currency will be released to the Claimant's attorney, Thomas J. Azar, Jr.; and,**

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture (Doc. no. 24) and for good cause otherwise shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the motion is granted as follows:

1. The United States Marshals Service shall release Nine Thousand Dollars ($9,000.00) to the Claimant's attorney, Thomas J. Azar, Jr.;

2. Eight Thousand Four Hundred Twelve Dollars ($8,412.00) is forfeited to the United States and no right, title or interest shall exist in any other party and shall be disposed of according to law; and,

3. Each party will bear its own costs.

4. All other outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 13th day of September, 2005.**

              **/s/ Myron H. Thompson**
        **UNITED STATES DISTRICT JUDGE**